**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                  §
                                        §
Kathleen Angela Niksch                  §       Case No. 12-34548
                                        §
            Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

                10:00 a.m. on  November 26, 2013
                in Courtroom 744, U.S. Courthouse
                219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Kathleen Angela Niksch § Case No. 12-34548
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,250.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 6,230.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,367.66 | $ 0.00 | $ 1,367.66 |
| Trustee Expenses: STEVEN R. RADTKE | $ 1.72 | $ 0.00 | $ 1.72 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,369.38 |
| Remaining Balance | | | $ 4,860.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,777.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, Llc | $ 2,687.84 | $ 0.00 | $ 2,687.84 |
| 2 | American Infosource Lp As Agent For | $ 2,089.66 | $ 0.00 | $ 2,089.66 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,777.50 |
| | Remaining Balance | | $ | 83.12 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 9.72 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 73.40 .

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                  Case No. 12-34548-ERW
Kathleen Angela Niksch                                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                 Page 1 of 2                  Date Rcvd: Oct 24, 2013
                              Form ID: pdf006              Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2013.
db           +Kathleen Angela Niksch,    12 Aberdeen Ct,    APT# Z2,   Schaumburg, IL 60194-4913
19383229     +ACS/EFP,    Attn: Bankruptcy Dept.,    501 Bleecker St,   Utica, NY 13501-2401
19383265     +ATG Credit, LLC,    Bankruptcy Department,    PO Box 14895,   Chicago, IL 60614-8542
19383238     +Adam Niksch,    309 Wakefield Ln,    Schaumburg, IL 60193-1356
19383255     +Alexian Brothers Hospital,    Attn: Bankruptcy Dept.,    1650 Moon Lake Blvd.,
               Hoffman Estates, IL 60169-1010
19383246     +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
19383276      Bank of America,    Bankruptcy Department,    4060 Ogletown/Stanton Rd,   Newark, DE 19713
19383243     +Bank of America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
19383248    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
19383247     +CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,   Sioux Falls, SD 57117-6497
19383252     +CPI,    PO Box 416,   La Salle, IL 61301-0416
19383267     +Cardiovascular Assoc,    Attn: Bankruptcy Dept.,    PO Box 5940,   Carol Stream, IL 60197-5940
19383274     +Charter One,    Bankruptcy Department,    1 Citizens Dr.,   Riverside, RI 02915-3019
19383233     +Clerk, Chancery,    Doc#11CH35189,    50 W. Washington St., Room 802,   Chicago, IL 60602-1305
19383249     +Clerk, First Mun Div,    Doc #11M1165505,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
19383254     +Computer Credit Inc.,    Bankruptcy Department,    PO Box 5238,   Winston Salem, NC 27113-5238
19383269      Credit First N.A.,    Bankruptcy Department,    PO Box 81344,   Cleveland, OH 44188-0344
19383257     +Elk Grove Cardiology Assoc,    Attn: Bankruptcy Dept.,    520 E 22nd St.,   Lombard, IL 60148-6110
19383258     +Elk Grove Lab Physicians,    Bankruptcy Department,    Dept 77-9154,   Chicago, IL 60678-0001
19383263     +Elk Grove Radiology,    Attn: Bankruptcy Dept.,    75 Remittance Dr. #6500,
               Chicago, IL 60675-6500
19383264     +Elk grove Cardiology,    Attn: Bankruptcy Dept.,    520 E 22nd St.,   Lombard, IL 60148-6110
19383240     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
19383241     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
19383250     +Freedman Anselmo Lindberg &,    Rappe LLC,    1807 W. Diehl Rd.,   Naperville, IL 60563-1890
19383231     +GE Money Bank  F.S.B.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
19383277    #+Harris Bank,    Bankruptcy Dept.,    3800 Golf Rd. Suite 300,   Rolling Meadows, IL 60008-4037
19383228     +Helzberg Diamonds,    C/O National Credit Adjust,    327 W 4Th Ave,   Hutchinson, KS 67501-4842
19383245     +Johnson, Blumberg, & Assoc.,    Bankruptcy Department,    230 W. Monroe St., Ste. 1125,
               Chicago, IL 60606-4723
19383261     +Malcom S. Gerald & Assoc,    Attn: Bankruptcy Dept.,    332 S. Michigan Ave 600,
               Chicago, IL 60604-4318
19383273     +Medical Center Anesthesia,    Attn: Bankruptcy Dept.,    2413 W. Algonquin Rd 608,
               Algonquin, IL 60102-9402
19383259     +Medical Services,    Attn: Bankruptcy Dept.,    Dept 4569,   Carol Stream, IL 60122-0001
19383260     +NCH,    Attn: Bankruptcy Dept.,    PO Box 95698,   Chicago, IL 60694-5698
19383266     +Nani,    Attn: Bankruptcy Dept.,    PO Box 3369,   Oak Park, IL 60303-3369
19383272     +Northwest Community Hospital,    Attn: Bankruptcy Dept.,    3060 Salt Creek #110,
               Arlington Heights, IL 60005-5027
19383268     +Northwest Oncology,    Attn: Bankruptcy Dept.,    3701 Algonquin Rd. #900,
               Rolling Meadows, IL 60008-3193
20712645    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor to GE MONEY BANK, F.S.B.,    PO Box 41067,    Norfolk, VA 23541)
19383262     +Patricia larson,    Attn: Bankruptcy Dept.,    PO Box 529,   Itasca, IL 60143-0529
19383253     +Physician Anesthesia Assoc,    Attn: Bankruptcy Dept.,    Dept 4330,   Carol Stream, IL 60122-0001
19383234    #+Robert Niksch,    2001 N inger Creek Dr,    Palatine, IL 60074-1316
19383278     +Robert Niksch,    Attn: Bankruptcy Dept.,    6929 Orchard Ln,   Hanover Park, IL 60133-6425
19383239     +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
19383242     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21016523      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2013 00:48:35
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
19383236     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2013 00:45:28      Citibank,
               C/O Midland Credit MGMT IN,    8875 Aero Dr,   San Diego, CA 92123-2251
19383232      E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2013 00:48:42      Green TREE Servicing L,
               Attn: Bankruptcy Dept.,    332 Minnesota St Ste 610,    Saint Paul, MN 55101
19383235     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2013 00:50:58
               HSBC Bank NEV COMP USA,    C/O LVNV Funding LLC,    Po Box 740281,   Houston, TX 77274-0281
19383275     +E-mail/Text: bankruptcy@leadingedgerecovery.com Oct 25 2013 00:45:38
               Leading Edge Recovery Solution,    Bankruptcy Department,    5440 N. Cumberland Ave., #300,
               Norridge, IL 60656-1486
19383256     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 25 2013 00:45:53
               NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
               Horsham, PA 19044-2308
19383237     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 25 2013 00:48:13      Sallie Mae,
               Attn: Bankruptcy Dept.,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
```

```
District/off: 0752-1           User: rgreen                Page 2 of 2                  Date Rcvd: Oct 24, 2013
                               Form ID: pdf006             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19383271      +E-mail/Text: carol.madison@smithnephew.com Oct 25 2013 00:44:19      Smith & Nephew,
               Attn: Bankruptcy Dept.,    PO Box 951838,   Dallas, TX 75395-1838
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19383230*    +ACS/EFP,    Attn: Bankruptcy Dept.,    501 Bleecker St,    Utica, NY 13501-2401
19383251*    +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19383244*    +Clerk, Chancery,    Doc#11CH35189,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
19383270   ##+Barrington Orthopedic,    Bankruptcy Department,    1030 W. Higgins Rd.,
               Hoffman Estates, IL 60169-4249
                                                                                         TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
          Mark E Levine    on behalf of Debtor Kathleen Angela Niksch ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
          Vanessa E Seiler    on behalf of Intervenor   Right Residential Series 4 LLC vseiler@dlec.com
                                                                                             TOTAL: 5
```