UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
                                              §
Kathleen Angela Niksch                        §        Case No. 12-34548
                                              §
            Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kathleen Angela Niksch |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Green TREE Servicing L Attn: Bankruptcy Dept. 332 Minnesota St Ste 610 Saint Paul MN 55101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, Chancery Doc#11CH35189 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ACS/EFP Attn: Bankruptcy Dept. 501 Bleecker St Utica NY 13501 | | | | | |
| | 10 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 11 Cardiovascular Assoc Attn: Bankruptcy Dept. PO Box 5940 Carol Stream IL 60197 | | | | | |
| | 12 CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 13 Charter One Bankruptcy Department 1 Citizens Dr. Riverside RI 02915 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 14 Citibank C/O Midland Credit MGMT IN 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 15 Computer Credit Inc. Bankruptcy Department PO Box 5238 Winston Salem NC 27113 | | | | | |
| | 16 CPI PO Box 416 La Salle IL 61301 | | | | | |
| | 17 Credit First N.A. Bankruptcy Department PO Box 81344 Cleveland OH 44188-0344 | | | | | |
| | 18 Elk grove Cardiology Attn: Bankruptcy Dept. 520 E 22nd St. Lombard IL 60148 | | | | | |
| | 19 Elk Grove Cardiology Assoc Attn: Bankruptcy Dept. 520 E 22nd St. Lombard IL 60148 | | | | | |
| | 2 ACS/EFP Attn: Bankruptcy Dept. 501 Bleecker St Utica NY 13501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Elk Grove Lab Physicians Bankruptcy Department Dept 77-9154 Chicago IL 60678 | | | | | |
| 21 | Elk Grove Radiology Attn: Bankruptcy Dept. 75 Remittance Dr. #6500 Chicago IL 60675 | | | | | |
| 22 | Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| 23 | Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| 24 | GE Money Bank  F.S.B. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |
| 25 | Harris Bank Bankruptcy Dept. 3800 Golf Rd. Suite 300 Rolling Meadows IL 60008 | | | | | |
| 26 | Helzberg Diamonds C/O National Credit Adjust 327 W 4Th Ave Hutchinson KS 67501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 27 HSBC Bank NEV COMP USA C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | 28 Malcom S. Gerald & Assoc Attn: Bankruptcy Dept. 332 S. Michigan Ave 600 Chicago IL 60604 | | | | | |
| | 29 Medical Center Anesthesia Attn: Bankruptcy Dept. 2413 W. Algonquin Rd 608 Algonquin IL 60102 | | | | | |
| | 3 Alexian Brothers Hospital Attn: Bankruptcy Dept. 1650 Moon Lake Blvd. Hoffman Estates IL 60194-1010 | | | | | |
| | 30 Medical Services Attn: Bankruptcy Dept. Dept 4569 Carol Stream IL 60122 | | | | | |
| | 31 Nani Attn: Bankruptcy Dept. PO Box 3369 Oak Park IL 60303 | | | | | |
| | 32 NCH Attn: Bankruptcy Dept. PO Box 95698 Chicago IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | NCO Financial Systems, Inc Bankruptcy Department 507 Prudential Rd. Horsham PA 19044 | | | | | |
| 34 | Northwest Community Hospital Attn: Bankruptcy Dept. 3060 Salt Creek #110 Arlington Heights IL 60005 | | | | | |
| 35 | Northwest Oncology Attn: Bankruptcy Dept. 3701 Algonquin Rd. #900 Rolling Meadows IL 60008 | | | | | |
| 36 | Patricia larson Attn: Bankruptcy Dept. PO Box 529 Itasca IL 60143 | | | | | |
| 37 | Physician Anesthesia Assoc Attn: Bankruptcy Dept. Dept 4330 Carol Stream IL 60122 | | | | | |
| 38 | Robert Niksch Attn: Bankruptcy Dept. 6929 Orchard Ln Hanover Park IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 39 Sallie Mae Attn: Bankruptcy Dept. Po Box 9500 Wilkes-Barre PA 18773 | | | | | |
| | 4 American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 40 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 41 Smith & Nephew Attn: Bankruptcy Dept. PO Box 951838 Dallas TX 75395 | | | | | |
| | 42 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 5 American Express Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 6 ATG Credit, LLC Bankruptcy Department PO Box 14895 Chicago IL 60614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Bank of America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 8 Bank of America Bankruptcy Department 4060 Ogletown/Stanton Rd Newark DE 19713 | | | | | |
| | 9 Barrington Orthopedic Bankruptcy Department 1030 W. Higgins Rd. Hoffman Estates IL 60195 | | | | | |
| | Clerk, Chancery Doc#11CH35189 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #11M1165505 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Freedman Anselmo Lindberg & Rappe LLC 1807 W. Diehl Rd. Naperville IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnson, Blumberg, & Assoc. Bankruptcy Department 230 W. Monroe St., Ste. 1125 Chicago IL 60606 | | | | | |
| | Leading Edge Recovery Solution Bankruptcy Department 5440 N. Cumberland Ave., #300 Norridge IL 60656 | | | | | |
| 2 | American Infosource Lp As Agent For | | | | | |
| 1 | Portfolio Recovery Associates, Llc | | | | | |
| | American Infosource Lp As Agent For | | | | | |
| | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-34548 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Kathleen Angela Niksch | | | | Date Filed (f) or Converted (c): | 08/30/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/2012 |
| For Period Ending: | 02/11/2014 | | | | Claims Bar Date: | 07/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 309 Wakefield Lane Schaumburg, Il 60193 - Former Marital Res | 210,100.00 | 0.00 | OA | 0.00 | FA |
| 2. Bank Of America Checking Account | 30.00 | 30.00 | OA | 0.00 | FA |
| 3. Harris Bank Checking Account | 47.00 | 47.00 | OA | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 75.00 | 75.00 | OA | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 100.00 | 100.00 | OA | 0.00 | FA |
| 7. Earrings, Watch, Rings | 200.00 | 200.00 | OA | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. Pension W/ Employer/Former Employer - 100% Exempt. | 8,000.00 | 8,000.00 | OA | 0.00 | FA |
| 10. Vanguard 401K - 100% Exempt | 39,240.00 | 39,240.00 | OA | 0.00 | FA |
| 11. 2010 Mercury Grand Marquis | 13,000.00 | 13,000.00 | | 6,250.00 | FA |
| 12. 1/2 Interest In 1998 Pontiac Bonneville With Over 98,000 Mil | 773.00 | 773.00 | OA | 0.00 | FA |
| 13. Family Pets/Animals. | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $272,565.00          $62,465.00          $6,250.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained order of court authorizing him to sell estate's right, title and interest in debtor's 2010 Mercury Grand Marquis for $6,250.00.   Trustee has collected proceeds of sale.  Claims period had not expired as of June 30, 2013.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-34548 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kathleen Angela Niksch | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5406 |
| | Checking |
| Taxpayer ID No: XX-XXX1348 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/11/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/13 | 11 | Kathleen Niksch | Proceeds of Sale of Automobile | 1129-000 | $6,250.00 | | $6,250.00 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,240.00 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,230.00 |
| 11/27/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,367.66 | $4,862.34 |
| 11/27/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1.72 | $4,860.62 |
| 11/27/13 | 1003 | Portfolio Recovery Associates, Llc<br>Successor To Ge Money Bank, F.S.B.<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,693.31 | $2,167.31 |
| | | | ($5.47) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,687.84) | 7100-000 | | | |
| 11/27/13 | 1004 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $2,093.91 | $73.40 |
| | | | ($4.25) | 7990-000 | | | |

Page Subtotals:   $6,250.00   $6,176.60

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-34548  
Case Name: Kathleen Angela Niksch  
Taxpayer ID No: XX-XXX1348  
For Period Ending: 02/11/2014

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5406  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | American Infosource Lp As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($2,089.66) 7100-000 | | | |
| 11/27/13 | 1005 | Kathleen Angela Niksch 12 ABERDEEN CT APT# Z2 SCHAUMBURG, IL  60194 | Distribution of surplus funds to debtor. | 8200-002 | | $73.40 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,250.00 | $6,250.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,250.00 | $6,250.00 |
| Less: Payments to Debtors | $0.00 | $73.40 |
| Net | $6,250.00 | $6,176.60 |

Page Subtotals: $0.00 $73.40

Exhibit 9

| TOTAL OF ALL ACCOUNTS | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX5406 - Checking | $6,250.00 | $6,176.60 | $0.00 |
| | $6,250.00 | $6,176.60 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,250.00 |
| Total Gross Receipts: | $6,250.00 |

Page Subtotals:    $0.00    $0.00